In the Matter of Harry M. BLAIR, Robert Owston, and Joseph Walsh, Common Stockholders Committee, Interveners, et al., Petitioners.

No. 4298.

Circuit Court of Appeals, Fourth Circuit.

Jan. 5, 1938.

George Pfeil, of New York City, in support of the petition.

PER CURIAM.

Mandamus denied and petition dismissed. Order filed.

Robert BURRELL, Appellant, v. UNITED STATES of America, Appellee.

No. 7786.

Circuit Court of Appeals, Sixth Circuit.

March 15, 1938.

H. R. Ratcliff, of Memphis, Tenn., for appellant.

William McClanahan, U. S. Atty., of Memphis, Tenn.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

No reversible error appearing upon the record, it is hereby ordered and adjudged that the judgment appealed from be, and the same is in all things, affirmed.

In the Matter of the Petition of CLYDE-MALLORY LINES, as Owner of Steamship BRAZOS, for Limitation of Liability. Clyde-Mallory, Owner of Steamship The Brazos, Petitioner-Appellee; United States of America, Claimant-Appellant.

No. 197.

Circuit Court of Appeals, Second Circuit.

Feb. 21, 1938.

Lamar Hardy, U. S. Atty., of New York City (William E. Collins, Sp. Asst. to U. S. Atty., of New York City, of counsel), for the United States.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Eugene Underwood, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.